IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OBADIAH SAVOY DILLARD,

    Plaintiff,

v.                                           Case No. 1:11cv21-SPM/GRJ

LAWANDA GOODMAN, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 15) which recommends that Plaintiff's complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted. Plaintiff has been afforded an opportunity to file objections. No objections were filed. I have determined that the Report and Recommendation is accurate.

The Court notes that after the Magistrate Judge issued the Report and Recommendation, Plaintiff filed a Third and Fourth Amended Complaint with exhibits. Upon review, the Court finds that the amended complaints do not set forth new information or arguments that affect the accuracy of the Report and Recommendation. Accordingly, I have determined that the Report and

Recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 15) is **adopted** and incorporated by reference into this order; and

2. This case is **dismissed without prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** this 4th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge